**No. 61631.**—Burleigh Brooks, Inc. *v.* United States, protest 301199–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is "in fact photographic lenses, which would now be classified at 25 percent ad valorem under paragraph 228 (b), and T. D. 51802," the claim of the plaintiff was sustained.

**No. 61632.**—Morris Shoenthal, Inc. *v.* United States, protest 303452–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.

**No. 61633.**—Balex Co., Inc., et al. *v.* United States, protests 160866–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.